WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHARON ANN SMITH,**                                        CV # 10-728-AC

     Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security,**

     Defendant.

---

     Attorney fees in the amount of $5,303.82 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

     DATED this 19th day of October, 2011.

                                                        /s/
                                                  United States ~~District~~ / Magistrate Judge

Submitted on October 18, 2011 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1